# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

143441 & (34)(35)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
               Plaintiff-Appellee,

v

ANTHONY EDWARD CIAVONE,
               Defendant-Appellant.

SC: 143441
COA: 300905
Wayne CC: 03-014160-01-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 23, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to disqualify the circuit court judge is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

y0919